IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-238-GCM

| | |
|---|---|
| ARMSTRONG TRANSPORT GROUP, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> BAXTER BAILEY & ASSOCIATES, INC., and <br><br> PG SPECIALIZED CARRIERS, LLC, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jeffrey D. Cohen,** filed May 25, 2018 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Cohen is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: May 31, 2018

Graham C. Mullen
United States District Judge