**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO. 3:18-cv-238-GCM**

| | |
|---|---|
| **ARMSTRONG TRANSPORT GROUP, INC.,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **BAXTER BAILEY & ASSOCIATES, INC., and** | |
| **PG SPECIALIZED CARRIERS, LLC,** | |
| **Defendants.** | |

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Timothy L. Frey,** filed May 25, 2018 (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Frey is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: May 31, 2018

Graham C. Mullen
United States District Judge