# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-238-GCM

| | |
|---|---|
| AMRSTRONG TRANSPORT GROUP, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> BAXTER BAILEY & ASSOCIATES, INC., *et al*, <br><br> **Defendants.** | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Tamara B. Goorevitz,** filed May 1, 2019 (Doc. No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Goorevitz is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Armstrong Transport Group, Inc..

**IT IS SO ORDERED.**

Signed: May 3, 2019

Graham C. Mullen
United States District Judge