# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00238-GCM

| | |
|---|---|
| ARMSTRONG TRANSPORT GROUP, INC., ) ) Plaintiff, ) ) v. ) ) BAXTER BAILEY & ASSOCIATES, INC. AND PG SPECIALIZED CARRIERS, LLC., ) ) ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Schedule Telephonic Status Conference filed August 15, 2019 (Doc. No. 17). A teleconference occurred on August 26, 2019 to address the discovery dispute discussed in that Motion. The parties are directed to proceed as indicated by the Court on the teleconference. Should further guidance be necessary, contact the Court by letter. If changes need to be made to the Pretrial Order and Case Management Plan (Doc. No. 11), the parties should advise the Court.

**IT IS SO ORDERED.**

Signed: August 26, 2019

Graham C. Mullen
United States District Judge