UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WDNC Civil Action No. 3:18-cv-238

| | |
|---|---|
| ARMSTRONG TRANSPORT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER BAILEY & ASSOCIATES, INC. AND PG SPECIALIZED CARRIERS, LLC, <br><br> Defendants. | |

## FOURTH JOINT MOTION TO MODIFY DEADLINES

Defendants, Baxter Bailey & Associates, Inc. ("Baxter Bailey") and PG Specialized Carriers, LLC, ("PGS") and Plaintiff, Armstrong Transport Group, Inc. ("Armstrong") by and through their respective counsel, move for modification of the discovery deadline dates set by the Text-Only Order dated September 20, 2019 and in support aver as follows:

1. Since the last modification to the case management order, the court granted leave to amend the complaint for Armstrong to add five additional causes of action against Baxter Bailey. Armstrong filed the amended complaint (ECF No. 26) and the defendants' answered the amended complaint on December 23, 2019. (ECF No. 29). Furthermore, the parties reached an impasse regarding outstanding discovery disputes and, pursuant to Judge Mullen's instructions before this matter was reassigned, Baxter Bailey filed a motion to compel which remains pending. (*See* ECF No. 27).

2. Pursuant to LCVR 16.1(a), counsel for the defendants conferred with Armstrong's counsel regarding the need to modify the scheduling order based upon the filing of Armstrong's amended complaint. During the conference, counsel for Armstrong explained that Armstrong's general counsel, and outside counsel's chief liaison regarding this litigation, is expecting and anticipates being out for maternity leave between April and July 2020. In light of this factor, the parties believe extending the deadlines past the prospective maternity leave mitigates any delay or barrier which may exist in conducting discovery of Armstrong. As such, the parties agreed upon the following modifications to the scheduling order:

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendants' Expert Report Deadline | December 31, 2019 | August 31, 2020 |
| Discovery Completion Deadline | January 31, 2020 | September 30, 2020 |
| Motions Deadline | February 28, 2020 | October 31, 2020 |
| ADR Mediation Deadline | February 10, 2020 | October 10, 2020 |
| Trial | June 15, 2020 | February 2021 |

3. For these reasons, good cause exists for extending the deadlines as set forth above.

**WHEREFORE**, the parties respectfully request that the Court enter an Order modifying its September 20, 2019 Order and extending the deadlines for expert reports, discovery completion, motions, mediation, and trial.

Respectfully submitted this 7th day of January, 2019.

| | |
|---|---|
| **KEENAN COHEN & MERRICK P.C.** | **FRANKLIN & PROKOPIK, P.C.** |
| By: /s/ Timothy L. Frey<br>Jeffrey D. Cohen (*pro hac vice*)<br>Timothy L. Frey (*pro hac vice*)<br>125 Coulter Avenue, Suite 1000<br>Ardmore, PA 19003 | By: /s/ Tamara B. Goorevitz (with permission)<br>Tamara B. Goorevitz<br>2 N. Charles Street, Suite 600<br>Baltimore, MD 21201<br>Email: tgoorevitz@fandpnet.com |

Telephone: (215) 609-1110
Facsimile: (215) 609-1117
Email: Jcohen@freightlaw.net
Email: Tfrey@freightlaw.net

**CRANFILL SUMNER & HARTZOG, LLP**
Samuel H. Poole, Jr.
P.O. Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704)332-9994
Email: shp@cshlaw.com

*Attorneys for Defendants*
*Baxter Bailey & Associates, Inc. and*
*PG Specialized Carriers, Inc.*

**GALLIVAN, WHITE & BOYD, P.A.**
Christopher M. Kelly
Caroline Barrineau
6805 Morrison Blvd, Suite 200
Charlotte, NC 28211
Email: ckelly@GWBlawfirm.com
Email: cbarrineau@gwblawfirm.com
*Attorneys for Plaintiff*
*Armstrong Transport Group, Inc.*